IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:06CR204 |
| | ) | |
| v. | ) | |
| | ) | |
| FERNANDO DELAROSA, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

    The Court has been advised defendant wishes to enter a plea.  Accordingly,

    IT IS ORDERED that a Rule 11 hearing is scheduled for:

**Friday, September 29, 2006, at 9:30 a.m.**

Courtroom No. 5, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska, or as soon thereafter as it may be reached.  Because of the need to finalize details of the plea agreement and the schedule of the Court, this is the first date available for said hearing.  The ends of justice will be served by continuing this case and outweigh the interests of the public and the defendant in a speedy trial.  The additional time between August 28, 2006, and September 29, 2006, shall be deemed

excludable time in any computation of time under the requirement of the Speedy Trial Act.  18 U.S.C. § 3161(h)(8)(A) & (B).

DATED this 14th day of August, 2006.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court