IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | 8:06CR204 |
| vs. ) | |
| ) | ORDER |
| FERNANDO DELAROSA, ) | |
| ) | |
| Defendant. ) | |

Defendant has proffered a plan of pretrial release (Filing No. 24). Before a hearing can be held on the motion, it is necessary that Pretrial Services investigate the proposed release plan.

**IT IS ORDERED:**

1. Defendant's Motion to Review Conditions of Release and Request for Evidentiary Hearing (Filing No. 24) is granted. Pretrial Services is to investigate the proffered plan of using a third-party custodian and provide a report to the court with copies to counsel.

2. An evidentiary hearing on the motion is scheduled before the undersigned magistrate judge at **9:30 a.m. on September 27, 2006**, in Courtroom No. 7, Second Floor, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska. This being a criminal case, defendant must be present unless otherwise ordered by the court.

DATED this 22nd day of September, 2006.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge