IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:06CR204 |
| | ) | |
| v. | ) | |
| | ) | |
| FERNANDO DELAROSA, | ) | PRELIMINARY ORDER |
| | ) | OF FORFEITURE |
| Defendant. | ) | |
| _____ | ) | |

This matter is before the Court upon the United States' Motion for Issuance of

Preliminary Order of Forfeiture and Memorandum Brief (Filing No. 32).  The Court has

reviewed the record in this case and finds as follows:

1.  Defendant has entered into a Plea Agreement, whereby he has agreed to plead

guilty to Counts I, II, IV, VI and VIII of said Superseding Indictment.  Count I of said

Superseding Indictment charges the defendant with being a felon in possession of a firearm, a

violation of 18 U.S.C. § 922(g)(1).  Counts III of said Superseding Indictment charges the

defendant with using the following:

A.  a 9mm semi-automatic handgun, model P9RZ, serial number RZ00337

B.  a Remington Model 522 Viper .22 caliber rifle, serial number 3080913

C.  a Stevens, Model 59A .410 shotgun with no serial number

D.  a Mohawk 10 C .22 caliber rifle, serial number 2533594

to facilitate the commission of the violation and charges said personal properties are derived

from proceeds obtained directly or indirectly as a result of the violation.

2.  By virtue of said plea of guilty, the defendant forfeits his interest in the subject

properties, and the United States should be entitled to possession of said property, pursuant to

18 U.S.C. § 924(d) and 28 U.S.C § 2461(c).

3.  The United States' Motion for Issuance of Preliminary Order of Forfeiture

should be sustained.

IT IS ORDERED:

A.  The United States' Motion for Issuance of Preliminary Order of Forfeiture is

hereby sustained.

B.  Based upon Counts II, IV, VI and VIII of the Superseding Indictment and the

defendant's plea of guilty, the United States Bureau of Alcohol, Tobacco and Firearms for the

District of Nebraska ("ATF") is hereby authorized to seize the following-described properties:

a.      a 9mm semi-automatic handgun, model P9RZ, serial number
        RZ00337

b.      a Remington Model 522 Viper .22 caliber rifle, serial number
        3080913

c.      a Stevens, Model 59A .410 shotgun with no serial number

d.      a Mohawk 10 C .22 caliber rifle, serial number 2533594

C.  Defendant's interest in said properties is hereby forfeited to the United

States of America for disposition in accordance with the law, subject to the provisions of

28 U.S.C., §2461(c).

2

D. The aforementioned forfeited properties is to be held by ATF in its secure custody and control.

E.  Pursuant to 28 U.S.C., §2461(c), ATF forthwith shall publish at least once for three successive weeks in a newspaper of general circulation, in the county where the subject properties are situated, notice of this Order, notice of ATF's intent to dispose of the properties in such manner as the Attorney General may direct, and notice that any person, other than the defendant, having or claiming a legal interest in any of the subject forfeited properties must file a Petition with the court within thirty (30) days of the final publication of notice or of receipt of actual notice, whichever is earlier.

F.  Said published notice shall state the Petition referred to in Paragraph E., above, shall be for a hearing to adjudicate the validity of the petitioner's alleged interest in the properties, shall be signed by the petitioner under penalty of perjury, and shall set forth the nature and extent of the petitioner's right, title or interest in the subject properties and any additional facts supporting the petitioner's claim and the relief sought.

G.  The United States may also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in the properties subject to this Order as a substitute for published notice as to those persons so notified.

H.  Upon adjudication of all third-party interests, this Court will enter a Final Order of Forfeiture pursuant to 28 U.S.C., §2461(c), in which all interests will be addressed.

DATED this 16thday of October, 2006.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court